AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| . Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Granade, Callie V. | U.S. District Court SDAL | 08/04/2001 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Nominee) | X Nomination, Date 08/02/2001<br><br>Initial ___ Annual ___ Final | 01/01/2000<br>to<br>08/02/2001 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse<br>41 St. Joseph Street<br>Mobile, Alabama 36602 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Executor | Estate of Milton H. Smith, II |
| 2 | Member of Board of Directors | Bayside Academy |
| 3 | Trustee | Family trust |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☒ NONE (No reportable agreements.) | |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 12-31-99 | Stone, Granade & Crosby, P.C. | |
| 2 | 12-31-00 | Stone, Granade & Crosby, P.C. | |
| 3 | 7-31-01 | Stone, Granade & Crosby, P.C. | |
| 4 | 12-31-99 | First Community Bank | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| ☐ NONE | (No such reportable reimbursements.) | |
| 1 | | Exempt |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| ☐ NONE | (No such reportable gifts.) | | |
| 1 | | Exempt | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| ☐ NONE | (No reportable liabilities.) | | |
| 1 | Amsouth Bank(S) | mortgage on real property | K |
| 2 | First Community Bank (S) | unsecured loan | K |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS— income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Southwest Bancshares stock | F | Dividend | P1 | Q | Exempt | | | | |
| 2 First Community Bank accounts | D | Interest | M | T | Exempt | | | | |
| 3 SouthTrust Bank accounts | A | Interest | J | T | Exempt | | | | |
| 4 AmSouth Bank accounts | B | Interest | M | T | Exempt | | | | |
| 5 First Northwest Florida Bank account | A | Interest | J | T | Exempt | | | | |
| 6 Army Aviation Center Federal Credit Union account | A | Interest | K | T | Exempt | | | | |
| 7 1/3 interest in house & lot, Mary Esther, FL | C | Rent | L | Q | Exempt | | | | |
| 8 1/3 interest in Virginia Properties, LLC | | None | K | S | Exempt | | | | |
| 9 20% interest in Britton Point LLC | E | Distr & Rent | L | S | Exempt | | | | |
| 10 Keystone Provident Life Insurance Co. Annuity | B | Interest | K | T | Exempt | | | | |
| 11 Morgan Stanley brokerage account #1 | | | | | Exempt | | | | |
| 12 -Active Assets Money Mkt. | D | Interest | N | T | Exempt | | | | |
| 13 -Microsoft Corp. common stock | | None | M | T | Exempt | | | | |
| 14 -Pfizer, Inc. common stock | D | Dividend | N | T | Exempt | | | | |
| 15 -Procter & Gamble common stock | A | Dividend | | | Exempt | | | | |
| 16 -Bristol Myers Squibb common stock | B | Dividend | | | Exempt | | | | |
| 17 -BP Amoco common stock | C | Dividend | M | T | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 08/04/2001 |

## VII. Page 2 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 —General Electric common stock | D | Dividend | N | T | Exempt | | | | |
| 19 —Johnson & Johnson common stock | A | Dividend | K | T | Exempt | | | | |
| 20 —Marsh & McLennan Cos. common stock | B | Dividend | L | T | Exempt | | | | |
| 21 —National City Corp. common stock | C | Dividend | L | T | Exempt | | | | |
| 22 —Nokia common stock | B | Dividend | | | Exempt | | | | |
| 23 —AOL common stock | | None | | | Exempt | | | | |
| 24 —Advanced Micro Devices common stock | | None | | | Exempt | | | | |
| 25 —EMC Corp. Mass. common stock | | None | M | T | Exempt | | | | |
| 26 —Cisco Sys. Inc. common stock | | None | | | Exempt | | | | |
| 27 —AT&T common stock | A | Dividend | | | Exempt | | | | |
| 28 —Pepsico common stock | | None | | | Exempt | | | | |
| 29 —Sun Microsystems common stock | | None | K | T | Exempt | | | | |
| 30 —American International Group common stock | A | Dividend | K | T | Exempt | | | | |
| 31 —Anheuser Busch common stock | A | Dividend | K | T | Exempt | | | | |
| 32 —Applied Materials common stock | | None | K | T | Exempt | | | | |
| 33 —Citigroup Inc. common stock | A | None | K | T | Exempt | | | | |
| 34 —Electric Data Systems Corp. common stock | A | Dividend | K | T | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35   -Eli Lilly common stock | A | Dividend | L | T | Exempt | | | | |
| 36   -Enron Corp. common stock | A | Dividend | K | T | Exempt | | | | |
| 37   -Fifth Third Bancorp Ohio common stock | A | Dividend | K | T | Exempt | | | | |
| 38   -McData Corp. common stock | | None | J | T | Exempt | | | | |
| 39   -Novartis AG common stock | A | Dividend | K | T | Exempt | | | | |
| 40   -Suntrust Bank common stock | A | Dividend | K | T | Exempt | | | | |
| 41   -Texas St. Hghr Educ. Bond | A | Interest | | | Exempt | | | | |
| 42   -Georgia St. Hsg. Fin Auth Rev Single Family Mtg Ser C | A | Interest | J | T | Exempt | | | | |
| 43   -Northern KY Univ Rev Ref Cons Educ Bldgs SER I Bond | B | Interest | K | T | Exempt | | | | |
| 44   -Honolulu Hawaii city & cnty OID Genrl Oblig Bond | B | Interest | K | T | Exempt | | | | |
| 45   -District Columbia Genl Oblig Defeased Ser B Bond | B | Interest | K | T | Exempt | | | | |
| 46   -Alabama Judicial Bldg AU Rev Bond | | None | L | T | Exempt | | | | |
| 47   -Alabama Wtr Pollution Ctl Auth Rev Revolving Fund Ser B | B | Interest | K | T | Exempt | | | | |
| 48   -Lauderdale Cnty & Florence, AL Health Rev. Bond | B | Interest | K | T | Exempt | | | | |
| 49   -Owensboro, KY Electric Light Power Rev Bond | B | Interest | | | Exempt | | | | |
| 50   -Seariver Maritime Def. Interest Debenture zero coupon | | None | L | T | Exempt | | | | |
| 51   -Hartford CRC annuity | | None | L | T | Exempt | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less (Col. B1, D4) | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less (Col. C1, D3) | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal (Col. C2) | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| U=Book Value | V=Other | W=Estimated | |

## VII. Page 4 INVESTMENTS and TRUSTS— income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | |
| 52    Salomon Smith Barney IRA | C | Distr/Div /In | L | T | Exempt | | | | |
| 53    ~Dreyfus Liquid Assets | | | | | Exempt | | | | |
| 54    ~Core Laboratories common stock | | | | | Exempt | | | | |
| 55    ~AOL Time Warner common stock | | | | | Exempt | | | | |
| 56    ~AT&T Liberty Media Group common stock | | | | | Exempt | | | | |
| 57    ~Alkermes common stock | | | | | Exempt | | | | |
| 58    ~American Express common stock | | | | | Exempt | | | | |
| 59    ~Amer Int'l Group common stock | | | | | Exempt | | | | |
| 60    ~Amgen common stock | | | | | Exempt | | | | |
| 61    ~Bank One common stock | | | | | Exempt | | | | |
| 62    ~Cablevision Systems common stock | | | | | Exempt | | | | |
| 63    ~Cablevision Rainvow Media Group common stock | | | | | Exempt | | | | |
| 64    ~Chiron Corp. common stock | | | | | Exempt | | | | |
| 65    ~Cisco common stock | | | | | Exempt | | | | |
| 66    ~Cirrus Logic common stock | | | | | Exempt | | | | |
| 67    ~Coca Cola common stock | | | | | Exempt | | | | |
| 68    ~Comcast common stock | | | | | Exempt | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 5 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 —Walt Disney common stock | | | | | Exempt | | | | |
| 70 —Enron common stock | | | | | Exempt | | | | |
| 71 —Exxon Mobil common stock | | | | | Exempt | | | | |
| 72 —Federal National Mortgage common stock | | | | | Exempt | | | | |
| 73 —Forest Laboratories common stock | | | | | Exempt | | | | |
| 74 —General Electric common stock | | | | | Exempt | | | | |
| 75 —Genzyme Corp. common stock | | | | | Exempt | | | | |
| 76 —Gillette common stock | | | | | Exempt | | | | |
| 77 —Grant Prideco common stock | | | | | Exempt | | | | |
| 78 —Home Depot common stock | | | | | Exempt | | | | |
| 79 —Household Int'l common stock | | | | | Exempt | | | | |
| 80 —Idec Pharmaceuticals common stock | | | | | Exempt | | | | |
| 81 —Intel common stock | | | | | Exempt | | | | |
| 82 —Isis Pharmaceuticals common stock | | | | | Exempt | | | | |
| 83 —Johnson & Johnson common stock | | | | | Exempt | | | | |
| 84 —L 3 Communications Holdings common stock | | | | | Exempt | | | | |
| 85 —Maxtor common stock | | | | | Exempt | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 6 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86  -McDonalds common stock | | | | | Exempt | | | | |
| 87  -Merck common stock | | | | | Exempt | | | | |
| 88  -Microsoft common stock | | | | | Exempt | | | | |
| 89  -Pepsico common stock | | | | | Exempt | | | | |
| 90  -Quantum Corp. DLT & Storage common stock | | | | | Exempt | | | | |
| 91  -Sicor common stock | | | | | Exempt | | | | |
| 92  -Texas Instruments common stock | | | | | Exempt | | | | |
| 93  -Tyco Int'l. common stock | | | | | Exempt | | | | |
| 94  -UnitedHealth Group common stock | | | | | Exempt | | | | |
| 95  -Weatherford Int'l. common stock | | | | | Exempt | | | | |
| 96  -Wells Fargo common stock | | | | | Exempt | | | | |
| 97  1/12 mineral rights, parcel in Washington Cnty, AL | | None | J | W | Exempt | | | | |
| 98  40% interest in Daphne Offices, LLC | D | Rent | L | U | Exempt | | | | |
| 99  12.5% interest in office building, Bay Minette, AL | C | Rent | K | Q | Exempt | | | | |
| 100  25% interest in SGC&B Daphne Development partnership | | None | J | W | Exempt | | | | |
| 101  43% interest in Stone, Granade & Crosby P.C. | | | J | U | Exempt | | | | |
| 102  36% interest in South Baldwin Offices, LLC | D | Rent | L | Q | Exempt | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 7 INVESTMENTS and TRUSTS— income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103   1/3 int. real estate parcel #1 in Washington Cnty, AL | | None | K | W | Exempt | | | | |
| 104   1/3 int. real estate parcel #2 Washington Cnty, AL | | None | J | W | Exempt | | | | |
| 105   Morgan Keegan SEP/IRA | A | Div. & Int. | K | T | Exempt | | | | |
| 106    -Buckeye Technologies common stock | | | | | Exempt | | | | |
| 107    -Energy South common stock | | | | | Exempt | | | | |
| 108    -Florida East Coast Inds. common stock | | | | | Exempt | | | | |
| 109    -St. Joe Paper common stock | | | | | Exempt | | | | |
| 110    -Bedford Money Market | | | | | Exempt | | | | |
| 111   Salomon Smith Barney SEP/IRA | D | Div & Int. | M | T | Exempt | | | | |
| 112    -Dreyfus Liquid Assets | | | | | Exempt | | | | |
| 113    -Amdocs Ltd. common stock | | | | | Exempt | | | | |
| 114    -Tycom, Ltd. common stock | | | | | Exempt | | | | |
| 115    -Core Laboratories common stock | | | | | Exempt | | | | |
| 116    -AOL Time Warner common stock | | | | | Exempt | | | | |
| 117    -AT&T Liberty Media Group common stock | | | | | Exempt | | | | |
| 118    -Alkermes common stock | | | | | Exempt | | | | |
| 119    -American Express common stock | | | | | Exempt | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 8 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 120 -Amer Int'l Group common stock | | | | | Exempt | | | | |
| 121 -Amgen common stock | | | | | Exempt | | | | |
| 122 -AXA S.A. common stock | | | | | Exempt | | | | |
| 123 -BASF common stock | | | | | Exempt | | | | |
| 124 -BP Amoco common stock | | | | | Exempt | | | | |
| 125 -Bank One common stock | | | | | Exempt | | | | |
| 126 -CRHYC common stock | | | | | Exempt | | | | |
| 127 -Cablevision Systems common stock | | | | | Exempt | | | | |
| 128 -Cablevision Rainbow Media Grp. common stock | | | | | Exempt | | | | |
| 129 -Canon common stock | | | | | Exempt | | | | |
| 130 -Chiron common stock | | | | | Exempt | | | | |
| 131 -Cisco common stock | | | | | Exempt | | | | |
| 132 -Cirrus Logic common stock | | | | | Exempt | | | | |
| 133 -Coca Cola common stock | | | | | Exempt | | | | |
| 134 -Colt Telecom common stock | | | | | Exempt | | | | |
| 135 -Comcast common stock | | | | | Exempt | | | | |
| 136 -Walt Disney common stock | | | | | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Granade, Callie V. | 08/04/2001 |

## VII. Page 9 INVESTMENTS and TRUSTS-- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 137 -Elan Corp. common stock | | | | | Exempt | | | | |
| 138 -Endesa SA common stock | | | | | Exempt | | | | |
| 139 -Enron common stock | | | | | Exempt | | | | |
| 140 -Exxon Mobil common stock | | | | | Exempt | | | | |
| 141 -Federal National Mortgage common stock | | | | | Exempt | | | | |
| 142 -Forest Laboratories common stock | | | | | Exempt | | | | |
| 143 -General Electric common stock | | | | | Exempt | | | | |
| 144 -Genzyme common stock | | | | | Exempt | | | | |
| 145 -Gillette common stock | | | | | Exempt | | | | |
| 146 -GlaxoSmithKline common stock | | | | | Exempt | | | | |
| 147 -Grant Prideco common stock | | | | | Exempt | | | | |
| 148 -Groupe Danone common stock | | | | | Exempt | | | | |
| 149 -Grupo Televisa SA common stock | | | | | Exempt | | | | |
| 150 -HSBC Holdings common stock | | | | | Exempt | | | | |
| 151 -Home Depot common stock | | | | | Exempt | | | | |
| 152 -Hong Kong & China Gas common stock | | | | | Exempt | | | | |
| 153 -Household Int'l common stock | | | | | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 10 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 154 ~Idec Pharmaceuticals common stock | | | | | Exempt | | | | |
| 155 ~ING Groep common stock | | | | | Exempt | | | | |
| 156 ~Intel common stock | | | | | Exempt | | | | |
| 157 ~Ireland Bank common stock | | | | | Exempt | | | | |
| 158 ~Johnson & Johnson common stock | | | | | Exempt | | | | |
| 159 ~Koninklijke Philips Electronics common stock | | | | | Exempt | | | | |
| 160 ~L 3 Communications common stock | | | | | Exempt | | | | |
| 161 ~Maxtor common stock | | | | | Exempt | | | | |
| 162 ~McDonalds common stock | | | | | Exempt | | | | |
| 163 ~Merck common stock | | | | | Exempt | | | | |
| 164 ~Mettler Toledo Int'l common stock | | | | | Exempt | | | | |
| 165 ~Microsoft common stock | | | | | Exempt | | | | |
| 166 ~Nestle common stock | | | | | Exempt | | | | |
| 167 ~News Ltd common stock | | | | | Exempt | | | | |
| 168 ~Nippon Telephone & Telegraph common stock | | | | | Exempt | | | | |
| 169 ~Nokia common stock | | | | | Exempt | | | | |
| 170 ~Nomura Securities common stock | | | | | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V. | 08/04/2001 |

## VII. Page 11 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 171 -Nortel Networks common stock | | | | | Exempt | | | | |
| 172 -Novartis common stock | | | | | Exempt | | | | |
| 173 -Novo-Nordisk common stock | | | | | Exempt | | | | |
| 174 -Pepsico common stock | | | | | Exempt | | | | |
| 175 -Quantum Corp. DLT & Storage common stock | | | | | Exempt | | | | |
| 176 -RSA Security common stock | | | | | Exempt | | | | |
| 177 -Royal Dutch Petroleum common stock | | | | | Exempt | | | | |
| 178 -SK Telecom common stock | | | | | Exempt | | | | |
| 179 -San Paolo IMI common stock | | | | | Exempt | | | | |
| 180 -SAP Aklengesellschaft common stock | | | | | Exempt | | | | |
| 181 -Sekisui House common stock | | | | | Exempt | | | | |
| 182 -Sicor common stock | | | | | Exempt | | | | |
| 183 -SNE common stock | | | | | Exempt | | | | |
| 184 -Taiwan Semiconductor common stock | | | | | Exempt | | | | |
| 185 -Telefonica common stock | | | | | Exempt | | | | |
| 186 -Texas Instruments common stock | | | | | Exempt | | | | |
| 187 -Toronto Dominion Bank common stock | | | | | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Granade, Callie V. | 08/04/2001 |

## VII. Page 12 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) <br><br> *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 188   -Tyco Int'l common stock | | | | | Exempt | | | | |
| 189   -Tycom Ltd common stock | | | | | Exempt | | | | |
| 190   -UnitedHealth Grp. common stock | | | | | Exempt | | | | |
| 191   -Verity common stock | | | | | Exempt | | | | |
| 192   -Vodafone Grp. common stock | | | | | Exempt | | | | |
| 193   -Wal-Mart de Mexico common stock | | | | | Exempt | | | | |
| 194   -Weatherford Int'l common stock | | | | | Exempt | | | | |
| 195   -Wells Fargo common stock | | | | | Exempt | | | | |
| 196   GE Life & Annuity | | None | K | T | Exempt | | | | |
| 197   Morgan Stanley brokerage account #2 | | | | | Exempt | | | | |
| 198   -Cisco common stock | | None | J | T | Exempt | | | | |
| 199   -EMC Corp common stock | | None | J | T | Exempt | | | | |
| 200   -MCData Corp common stock | | None | J | T | Exempt | | | | |
| 201   -Sun Microsystems common stock | | None | J | T | Exempt | | | | |
| 202 | | | | | | | | | |
| 203 | | | | | | | | | |
| 204 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| | | | | | |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| | | | | |
|---|---|---|---|---|
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

**SECTION HEADING.** (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 12-31-00 | First Community Bank | |
| 6 | 7-31-00 | Southwest Bancshares, Inc. | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | Granade, Callie V. | 08/04/2001 |

**SECTION HEADING.** (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 12-31-00 | First Community Bank | |
| 6 | 7-31-00 | Southwest Bancshares, Inc. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Granade, Callie V. | 08/04/2001 |

## X.  CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Callie V. Granade_    Date _8/4/01_

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

# CALLIE VIRGINIA SMITH GRANADE
# FRED KING GRANADE

## FINANCIAL STATEMENT
## NET WORTH AS OF APRIL 30, 2001

Provide a complete, current financial net worth statement which itemizes in detail all assets, (including bank accounts, real estate, securities, trusts, investments, and other financial holdings), all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 207 | 532 | 55 | Notes payable to banks – secured | 25 | 463 | 48 |
| U.S. Government securities – add schedule | -- | | | Notes payable to banks - unsecured | -- | | |
| Listed securities – add schedule | 1,350 | 353 | 90 | Notes payable to relatives | -- | | |
| Unlisted securities – add schedule | 2,381 | 662 | 50 | Notes payable to others | -- | | |
| Accounts and notes receivable: | -- | | | Accounts and bills due | -- | | |
| Due from relatives and friends | -- | | | Unpaid income tax | -- | | |
| Due from others | -- | | | Other unpaid tax and interest | -- | | |
| Doubtful | -- | | | Real estate mortgages payable – add schedule | 194 | 017 | 80 |
| Real estate owned – add schedule | 862 | 660 | 00 | Chattel mortgages and other liens payable | -- | | |
| Real estate mortgages receivable | -- | | | Other debts – itemize: | -- | | |
| Autos and other personal property | 120 | 000 | 00 | | | | |
| Cash value – life insurance | 27 | 625 | 44 | | | | |
| Other assets – itemize: | | | | | | | |
| LLC ownership interest – see schedule | 275 | 600 | 00 | | | | |
| Bonds – see schedule | 271 | 606 | 25 | | | | |
| Money Market accts, retirement acct. & annuities – see schedule | 1,229 | 956 | 64 | Total liabilities | 219 | 481 | 28 |
| | | | | Net Worth | 6,507 | 776 | 50 |
| Total Assets | 6,727 | 179 | 28 | Total Liabilities and Net Worth | 6,727 | 257 | 70 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, co-maker or guarantor | 16 | 974 | 00 | Are any assets pledged? Add schedule | No | | |
| On leases or contracts | -- | | | Are you a defendant in any suits or legal actions? | No | | |
| Legal Claims | -- | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | -- | | | | | | |
| Other special debt | -- | | | | | | |